COPY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

FREDERICK GORHAM      )    CV400-276
                                 )    (underlying CR497-181)
v.                        )
                                 )
UNITED STATES OF AMERICA   )

## GOVERNMENT'S REQUEST FOR SERVICE OF PLEADINGS

COMES NOW the United States of America, by and through Harry D. Dixon, Jr., United States Attorney for the Southern District of Georgia, and files this motion for service of pleadings in response to the Court's Order of December 8, 2000, granting Gorham's motion to amend his 28 U.S.C. § 2255 motion. Gorham filed his original § 2255 motion October 16, 2000. The government filed a response in opposition December 1, 2000. The Court's December 8, 2000, Order states that Gorham wishes to amend his § 2255 motion with a new ground for relief. However, Gorham failed to serve his motion to amend on the United States Attorney's Office.

The government respectfully requests that this Court direct Gorham to perfect service of his motion to amend, and any supporting documents which he filed with this Court's clerk's office, on the undersigned at the U. S. Attorney's Office. Further, so that the government may address Gorham's amended issue, the government

requests thirty (30) days from its receipt of the aforementioned documents to prepare and file a response thereto.

WHEREFORE, the government respectfully requests that the Court issue an Order 1) directing Gorham to serve the undersigned with a copy of his motion to amend his § 2255 motion; 2) directing Gorham to serve copies of any future documents Gorham files in his case on the undersigned at the United States Attorney's Office; and 3) granting the government 30 days from its receipt of the aforementioned documents to file a response thereto, and for such other and further relief the Court deems appropriate.

Respectfully submitted,

HARRY D. DIXON, JR.
UNITED STATES ATTORNEY

Carlton R. Bourne, Jr.

Carlton R. Bourne, Jr.
Assistant United States Attorney
SC Bar No. 007868

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the government's request for service

of pleadings has been mailed to the following:

Frederick Gorham, Inmate Reg. No. 09593-021
Federal Medical Center
P. O. Box 1600
Butner, NC  27509

13th
This 12th day of December, 2000.

HARRY D. DIXON, JR.
UNITED STATES ATTORNEY

Carlton R. Bourne, Jr.
Assistant United States Attorney
SC Bar No. 007868

U. S. Attorney's Office
100 Bull Street, Suite 201
Savannah, GA 31401
(912) 652-4422 tel.
(912) 652-4388 fax