IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FREDERICK GORHAM )
(MOVANT) )
) CASE NO: 400-276
)
)
)
vs. )
)
)
UNITED STATES OF AMERICA )
(RESPONDENT) )
)

## MOTION IN REPLY TO GOVERNMENT'S
## RESPONSE TO GORHAM'S SUMMARY JUDGEMENT

**COMES NOW,** the Movant, **Frederick Gorham,** (hereinafter Movant) to show this Court the following:

1. That Movant filed the original Title 28 USC §2255 on **October 11, 2000.**
2. That Movant supplemented his §2255 on **November 16, 2000.**
3. That the Government failed to respond to the Supplemental Motion causing the Court to order Movant to re-send the Government a copy of the said Supplement inwhere the Court additionally ordered the Government to respond upond receipt of said Supplement within 20 (Twenty) days, **see the order of January 9, 2001.**
4. That the Government received the Supplemental Motion on **January 23, 2001. see Attachment "A".**
5. Excluding the day the Government received the Supplement, **January 23, 2001,** 20 (Twenty) days from then gave the Government until **February 12, 2001** to respond according to the above mentioned court order.
6. That in fact, the Government **DIDNOT** Respond timely as the Court ordered as evidenced by their certificate of service to Movant shows the date of **February 14, 2001, see Attachment "B".**
7. That Movant's sister, **Latoria Carey,** did call the Clerk of Courts on **February 21, 2001,** and did ascertain the date of **February 14, 2001,** as the date the Government filed their response.



8. Once again, the Government is attempting to mislead the Court, as shown in their response stating they did respond to the Supplemental Motion.
9. Movant concedes the fact that the Government responded, but Movant contends and asserts beyond any doubt that the Government **DID IN FACT** file their response outside and untimely to the Courts order of <u>January 9, 2001,</u> see **Attachment "C"**.
10. There is no excusable neglect warranted here as the Government already bought additional time by claiming they never received the original sending of said Supplement. Furthermore, there is no meritorious defense for the above reasons.

WHEREFORE, the Movant prays this Honorable Court for the following relief:
1. To grant the relief prayed for in the original supplement to the §2255 motion.
2. Any and all further relief this Court deems just and proper.

Respectfully submitted,

Frederick Gorham, Pro-Se
#00593-021
Federal Medical Center
P.O. Box 1600
Butner, NC 27509

-2-

## PLEA FOR LIBERAL CONSIDERATION

Movant Gorham respectfully moves the Honorable Court to **GRANT** all liberal considerations with respect to this action pursuant to **HAINES V. KERNER, 404 U.S. 519, 30 L.Ed. 2d 652, 92 S.Ct. 594,** as Movant is not an attorney and has not attended any law school, nor has any professional training with respect to the filing of legal proceedings.

Respectfully submitted,

Frederick Gorham, Pro-Se
#09593-021
Federal Medical Center
P.O. Box 1600
Butner, NC 27509

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3 Also complete item 4 if Restricted Delivery is desired<br>■ Print your name and address on the reverse so that we can return the card to you<br>■ Attach this card to the back of the mailpiece, or on the front if space permits | A. Received by (Please Print Clearly): A. Bolden    B. Date of Delivery: 1/23/01<br>C Signature X Bolden    ☐ Agent ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes   ☐ No   If YES, enter delivery address below |
| 1 Article Addressed to<br>United States Attorney<br>ATTN: Carlton R. Bourne<br>Southern District of Georgia<br>P.O. Box 8970<br>Savannah, GA 31412 | 3 Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C O D<br>4 Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2 Article Number (Copy from service label)<br>7000 0600 0023 5289 3135 | |
| Form 3811, July 1999    Domestic Return Receipt | 102595-00-M-0952 |

ATTACHMENT "A"

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the government's response in opposition to Frederick Gorham's amended 28 U.S.C. § 2255 motion has been mailed to:

Frederick Gorham, Inmate Reg. No. 09593-021
Federal Medical Center
Post Office Box 1600
Butner, NC 27509

This \_\_14th\_\_ day of February, 2001.

HARRY D. DIXON, JR.
UNITED STATES ATTORNEY

*CR Bou*

Carlton R. Bourne, Jr.
Assistant United States Attorney
SC Bar No. 007868

U. S. Attorney's Office
100 Bull Street, Suite 201
Savannah, GA 31401
(912) 652-4422

ATTACHMENT "B"

4

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| FREDERICK GORHAM, ) | |
| ) | |
| Movant, ) | |
| v. ) | Case No. CV400-276 |
| ) | [CR497-181] |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent ) | |

## ORDER

The government has filed a request for service of pleadings. Doc. # 6. The government states that it was not served with a copy of movant's motion to amend, which was filed on November 20, 2000. The motion was granted by this Court on December 8, 2000.

Movant is ORDERED to serve the government with a copy of the motion to amend. Movant is further ORDERED to serve all future court pleadings on the government. The government will be allowed twenty (20) days from the receipt of movant's motion to amend to submit a response to the Court.

**SO ORDERED** this 9th day of January, 2001.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

ATTACHMENT "C"

## CERTIFICATE OF SERVICE

I, **Frederick Gorham,** swear I have deposited into the U.S. Postal box at Federal Medical Center Butner, N.C., copies of the enclosed Motion for the below named party:

1. Mr. Carlton R. Bourne, Jr.
   Assistant U.S. Attorney
   100 Bull Street, Suite 201
   Savannah, Georgia 31401

This 6th day of March 2001.

I also request a stamped filed copy be sent to me in the self addressed stamped envelope enclosed herein.

Respectfully submitted,

Frederick Gorham, Pro-Se
#09593-021
Federal Medical Center
P.O. Box 1600
Butner, NC 27509